## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

KEITH ALEXANDER,                    :

    **Plaintiff**                    :

    **v.**                    :   CIVIL ACTION NO. 3:14-0678

GERALD ROZUM, <u>et</u> <u>al</u>.,          :        (Judge Mannion)

    **Defendants**                    :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1.  The complaint is **DISMISSED,** for failure to state a claim, pursuant to 28 U.S.C. §1915A(b)(1).

2.  Plaintiff's motions to appoint counsel, for service of the complaint, and to compel discovery, (Doc. Nos. 6, 12, 15) are **DISMISSED** as moot.

3.  The Clerk of Court is directed to **CLOSE** this case.

4.  Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 25, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0678-01-ORDER.wpd