# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH ALEXANDER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-0678 |
| v. | : | (Judge Mannion) |
| **GERALD ROZUM, et al.,** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for reconsideration of the Court's July 25, 2014, Memorandum and Order dismissing the above captioned action (Doc. 36), is **DENIED**.

2. Plaintiff's motion to reinstate action (Doc. 38) is **DENIED**.

                        s/ *Malachy E. Mannion*
                      **MALACHY E. MANNION**
                      **United States District Judge**

**Dated: September 8, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0678-02-ORDER-wpd.wpd